

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FABIAN BARRAGAN LOMBERA, <br> aka Tinzoo, <br><br> Defendant. | 3:13-CR-002-HDM-(VPC) |

## FINAL ORDER OF FORFEITURE

On August 1, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant FABIAN BARRAGAN LOMBERA, aka Tinzoo, to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant FABIAN BARRAGAN LOMBERA, aka Tinzoo, pled guilty. Indictment, ECF No. 15; Plea Agreement, ECF No. 29; Change of Plea, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 33.

This Court finds the United States of America published the notice of forfeiture in accordance with the law on via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 6, 2013, through September 4, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States
9  Code, Section 853(n)(7) and shall be disposed of according to law:

10  1. A 2003 Nissan Murano, model SL, bearing California license plate 6VCJ033, and having
11     vehicle identification number (VIN) JN8AZ08T23W115617

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
13  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
14  income derived as a result of the United States of America's management of any property forfeited
15  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

16  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17  certified copies to the United States Attorney's Office.

18  DATED this 23rd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE