**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00002-HDM-VPC |
| | ) | 3:14-cv-00574-HDM-VPC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FABIAN BARRAGAN LOMBERA, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 29 U.S.C. § 2255 motion (#48) on or before January 17, 2015.

IT IS SO ORDERED.

DATED: This 17th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE