# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-cr-00002-HDM-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| FABIAN BARRAGAN LOMBERA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the pending application of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 3:13-cr-002-HDM-VPC between the defendant and Cheryl Field-Lang, Esq., shall be deemed waived as to all matters relating to the issues Defendant raised in his pending § 2255 motion. Ms. Field-Lang shall, within 30 days of this order, provide the government with an affidavit concerning all known information, including any discussions with Defendant, with respect these issues. Further, Ms. Field-Lang may communicate with government counsel and shall provide any supporting documentation or materials with respect to the alleged claims.

DATED this  29th  day of  January , 2015.

_____
UNITED STATES DISTRICT JUDGE