**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00002-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FABIAN BARRAGAN LOMBERA, | ) | |
| Defendant. | ) | |

The court has reviewed defendant's untimely traverse to government's response to 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence of person in federal custody (#61). Defendant raises no new issues of law or fact sufficient to overcome the analysis and conclusions of the court's previous order.

Accordingly, and good cause appearing, the court's order of April 27, 2015, (#58) is reinstated *in haec verba* and shall be effective this date.

IT IS SO ORDERED.

DATED: This 17th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE