UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00002-HDM-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FABIAN BARRAGAN LOMBERA, | |
| Defendant. | |

Defendant filed a letter requesting duplicate copies of various documents he alleges were lost in the process of transferring between federal institutions (ECF No. 69). Plaintiff's request is DENIED without prejudice. Prior to any reconsideration of this order, defendant shall provide verification from the Bureau of Prisons that the institution where defendant is incarcerated has searched for and not been able to locate the documents defendant alleges have been lost.

IT IS SO ORDERED.

DATED THIS 3rd day of August, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE

1